IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SCOTT DEWAYNE BROOKSHIRE**                                           **PLAINTIFF**
**ADC #175697**

v.                   **4:21-cv-01141-LPR-JJV**

**SMITH, Laundry Department and Shower**
**Area Supervisor;** *et al.*                                                     **DEFENDANTS**

## ORDER

The Court has received a Recommendation from Magistrate Judge Joe J. Volpe. Mr. Brookshire has not filed an Objection, and the time for doing so has expired. After a careful and *de novo* review of the Recommendation and the record in this case, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Mr. Brookshire's Amended Complaint is DISMISSED without prejudice for failing to state a claim upon which relief may be granted. It is recommended that dismissal should count as a "strike" for purposes of 28 U.S.C. § 1915(g). This case is CLOSED. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 18th day of April 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE