IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SCOTT DEWAYNE BROOKSHIRE** **PLAINTIFF**
**ADC #175697**

v. 4:21-cv-01141-LPR-JJV

**SMITH, Laundry Department and Shower**
**Area Supervisor;** *et al.* **DEFENDANTS**

### JUDGMENT

Consistent with the Order entered on this day, it is considered, ordered, and adjudged that the Amended Complaint is DISMISSED without prejudice. This case is now CLOSED. The Court certifies that an *in forma pauperis* appeal from this Judgment and accompanying Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ADJUDGED this 18th day of April 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE